1
2
3
4
5
6
7

8              **UNITED STATES DISTRICT COURT**
9                    **DISTRICT OF NEVADA**
10                           * * *

11 | UNITED STATES OF AMERICA,       )
                                     )   2:08-CR-00134-PMP-PAL
12 |              Plaintiff,         )
                                     )   **ORDER**
13 | vs.                             )
                                     )
14 |                                 )
                                     )
15 | ALEXANDER MERCADO,              )
                                     )
16 |              Defendant.         )
                                     )
17 |_____)

18      Before the Court for consideration is Defendant Mercado's Motion to
19 Suppress (Doc. #69) filed December 30, 2008.  On April 28, 2009, the Honorable
20 Peggy A. Leen United States Magistrate Judge, entered a Report of Findings and
21 Recommendation (Doc. #98) recommending that Defendant's Motion to Suppress
22 (Doc. #69) be denied.
23      On May 29, 2009, Defendant Mercado filed an Objection to Magistrate
24 Judge Leen's Report and Recommendation (Doc. #102).  Plaintiff United States filed
25 a Response to Defendant's Objections (Doc. #103).
26 / / /

1  The Court has conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 1-4 and determines that Magistrate Judge Leen's Report of Findings and Recommendation (Doc. #98) should be Affirmed.

**IT IS THEREFORE ORDERED that** Defendant's Objections (Doc. #102 ) are Overruled and Magistrate Judge Leen's Findings and Recommendations (Doc. #98) is Affirmed and Defendant's Motion to Suppress (Doc. #69) is DENIED.

DATED:  June 2, 2009.

_____
PHILIP M. PRO
United States District Judge